JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANDREW WALKER, | Case No. 2:23-cv-04134-MCS-RAO |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| KERNS FINE JEWELRY, | |
| Defendant. | |

Pursuant to the Court's Order Dismissing Case, it is ordered, adjudged, and decreed that this case is dismissed without prejudice for improper venue. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: June 5, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE